HARRY GOLDBERG, PLAINTIFF-RESPONDENT, v. HOUSING AUTHORITY OF THE CITY OF NEWARK, DEFENDANT-PETITIONER.

*Messrs. Gaffey & Webb* and *Mr. Sidney M. Schreiber* for the petitioner.

*Messrs. Balk & Jacobs* for the respondent.

December 18, 1961.   Granted.

RALPH DE YOREO, PLAINTIFF-PETITIONER, v. ATLANTIC AVIATION CORPORATION, DEFENDANT-RESPONDENT.

*Messrs. Kiefer & Bollermann* for the petitioner.

*Messrs. Morrison, Lloyd & Griggs* for the respondent.

December 11, 1961.   Denied.